8 So.2d .903

**Clarence HOLLIFIELD v. STATE.**

**6 Div. 858.**

Court of Appeals of Alabama.
May 12, 1942.

Edw. de Graffenried, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

3 So.2d 922

**Bill HOLMES v. STATE.**

**7 Div. 606.**

Court of Appeals of Alabama.
June 17, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Appeal dismissed.

3 So.2d 922

**Roy HOLMES v. STATE.**

**8 Div. 120.**

Court of Appeals of Alabama.
June 10, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 224

**Nancy HOLT v. STATE.**

**4 Div. 705.**

Court of Appeals of Alabama.
April 7, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 903

**John Clarence HOOBLER v. STATE.**

**6 Div. 878.**

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

11 So.2d 169

**HOOVER MOTOR EXPRESS CO. v.
Emmett PEUGH.**

**7 Div. 697.**

Court of Appeals of Alabama.
Nov. 24, 1942.

Knox, Liles, Jones & Blackmon and B. S. Dormon, all of Anniston, for appellant.

Merrill & Merrill, of Heflin, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed by agreement.